UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| This document relates to: <br> **WILLIAM ARTHUR HOLMAN** <br>     Plaintiff, <br><br> v. <br><br> **PFIZER INC.** <br>     Defendant. | <br><br><br> Case No. 3:06-cv-07519-CRB |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff William Arthur Holman in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: March 23, 2009

By _____
John David Hart
State Bar No. 09147700
Law Offices of John David Hart
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102
817/332-5858 (Fax)
johnhart@hartlaw.com

**ATTORNEY FOR PLAINTIFF**

DATED:  9/14/2009              By   /s/ John Dougherty
                                    John Dougherty
                                    DLA Piper LLP (US)
                                    6225 Smith Avenue
                                    Baltimore, MD 21209
                                    410-580-3000
                                    410-580-3001 (Fax)

                                    **ATTORNEY FOR DEFENDANT**

**PURSUANT TO THE TERMS SET FORTH IN PARTIES' STIPULATION, IT IS SO ORDERED.**

Dates:  Sept. 16, 2009

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*